UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:24CR00166 JAR |
| ) | |
| NOLAN RIMSON, III, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Noelle C. Collins (ECF No. 54). On September 9, 2024, Defendant Rimson filed a Motion to Suppress Evidence and for Franks Hearing (ECF No. 27). Magistrate Judge Collins recommends the Court deny Defendant's Motion to Suppress Evidence and for Franks Hearing.

Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge Noelle C. Collins, who filed a Report and Recommendation on April 9, 2025 (ECF No. 54). Defendant Rimson filed objections to the Report and Recommendation on May 9, 2025 (ECF No. 65), summarily stating that he objects to the conclusions drawn by Magistrate Judge Collins, but fails to provide any countervailing rationale for his position. The Court finds that the Magistrate Judge's conclusions are supported by the evidence, and Defendant Rimson's objections are not persuasive.

The Magistrate Judge recommends that the Defendant's Motion to Suppress Evidence and for Franks Hearing be denied. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [54] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Motions to Suppress Evidence and for Franks Hearing [27] is **DENIED**.

Dated this 12th day of May, 2025.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE